UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MITCHELL McPHEE,

                  Plaintiff,
  -against-                                                21 **CIVIL** 8672 (GHW)

                                                                 **JUDGMENT**

UNITED STATES OF AMERICA; JULIANA
NEWCOMB MURRAY, US Department of Justice,
Crim Division; LOUIS ANTHONY PELLEGRINO,
U.S. ATTORNEY OFFICE SDNY,

                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 27, 2021, the Court dismisses Plaintiff's complaint because it seeks relief against Defendants who are immune from such relief and because his claims are barred by the Younger abstention doctrine. All other requests are denied as moot. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered.

**Dated:**  New York, New York
         October 28, 2021

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                        **BY:**     *K. Mango*

                                                          **Deputy Clerk**